UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER SCHONBERGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. C13-698-TSZ-JPD<br><br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the administrative law judge shall: (1) hold a *de novo* hearing and plaintiff may submit additional evidence and arguments; (2) reassess the severity of plaintiff's impairments; (3) reconsider the medical opinions of record, articulating the weight given to each opinion; (4) reevaluate plaintiff's residual functional capacity; (5) reassess plaintiff's credibility as set forth in Social

Security Ruling 96-7p; (6) reassess steps four and five of the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary; and (7) take any other actions necessary to develop the record, including obtaining the August 2010 neuropsychological evaluation if available.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d). A proposed order accompanies this Report and Recommendation.

DATED this 9th day of September, 2013.

JAMES P. DONOHUE
United States Magistrate Judge